

# NUMBER 13-20-00196-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CLAUDIO CHAVEZ,                                                              Appellant,

v.

MARIA ROCHA,                                                                 Appellee.

**On appeal from the 150th District Court
of Bexar County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Hinojosa and Silva
Memorandum Opinion by Justice Hinojosa**

This matter is before the Court on its own motion.[1] On December 18, 2020, upon

appellant's motion, we abated this cause for purposes of settlement. On March 8, 2021,

we directed appellant to file either a motion to reinstate the appeal or a motion to dismiss.

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals in San Antonio pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

On March 10, 2021, appellant filed a letter indicating the trial court has signed and entered an agreed final decree of divorce.

On June 1, 2021, the Clerk of the Court directed appellant to file either a motion to reinstate the appeal or a motion to dismiss the appeal. On June 21, 2021, we reinstated the appeal and directed appellant to file appellant's brief on or before July 21, 2021. On July 27, 2021, the Clerk of the Court notified appellant that, pursuant to TEX. R. APP. P. 38.8(a)(1), the appeal was subject to dismissal for want of prosecution, unless appellant provided reasonable explanation for his failure to timely file a brief within ten days. Appellant failed to respond to either notice and has not filed a brief.

Appellant has neither reasonably explained his failure to file a motion for extension of time nor filed his brief. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b),(c).

LETICIA HINOJOSA
Justice

Delivered and filed on the
16th day of September, 2021.